380 P.2d 851

**James C. LATTIN, Petitioner,**

**v.**

**The STATE of New Mexico et al.,
Respondents.**

**No. 27 HC.**

Supreme Court of New Mexico.

May 3, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of prohibition be and the same is hereby denied for failure of petitioner to exhaust his District Court remedies.

380 P.2d 851

**Gene MALLEY, Petitioner,**

**v.**

**Harold A. COX, Warden Penitentiary of
New Mexico, Respondent.**

**No. 22 H.C.**

Supreme Court of New Mexico.

April 26, 1963.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied for failure to disclose any fact which would warrant the issuance of same.